EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* SILVANO RIVERA GONZÁLEZ, acusado y apelante.

Núm. 5945.—*Sometido:* Julio 13, 1936.—*Resuelto:* Julio 14, 1936.

*G. Concepción de Gracia,* abogado del apelante; *R. A. Gómez, Fiscal,* abogado de El Pueblo, apelado.

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del tribunal.

En este caso El Pueblo de Puerto Rico por su fiscal solicitó la desestimación del recurso porque vencida desde el 8 de febrero, 1936, la última prórroga que se concediera al apelante para presentar su alegato no lo había hecho aún a la fecha de la moción, junio 15, 1936.

El 13 de julio actual se llamó la moción para la vista. Comparecieron ambas partes. El acusado por su abogado alegó que por razones de enfermedad había dejado de archivar su alegato y solicitó para ello la concesión de un nuevo término. Se opuso el fiscal.

Examinados los autos encontramos que se trata de una causa seguida en la Corte de Distrito de San Juan a virtud de acusación del fiscal del distrito contra Silvano Rivera González imputándole la comisión de un delito de portar armas prohibidas porque "allá por el día 24 de octubre de 1935, y en Río Piedras, ... ilegal, voluntaria y maliciosamente, portaba sobre su persona, con fines de ofensa y defensa, un revólver ...."

En el día señalado—noviembre 6, 1935—se llamó la causa para juicio. Compareció el acusado representado por su abogado y, según rezan los autos, "hizo la alegación de culpable; retirando la de inocencia que prestara al leérsele la acusación."

La corte en tal virtud lo declaró culpable del delito de portar armas y le impuso tres meses de cárcel. Acto seguido el acusado apeló para ante este tribunal.

De la exposición de hechos que antecede no surge la más leve justa causa para la concesión del nuevo término solicitado. Al contrario, lo que surge es que se trata de una apelación frívola interpuesta con el propósito de dilatar la ejecución de la sentencia.

*Debe declararse con lugar la moción del fiscal y desestimarse por abandono el recurso.*

El Juez Asociado Señor Córdova Dávila no intervino.